UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL VERDIN,<br><br>                  Plaintiff,<br><br>      v.<br><br>KATHLEEN ALISON, *et al.*,<br><br>              Defendants. | Case No. 5:22-cv-00597-CV-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**<br><br>**[Doc. # 71]** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein, the Report and Recommendation of United States Magistrate Judge (Doc. # 71), and Plaintiff's objections to the Report and Recommendation (Doc. # 75).

The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and conclusions of the magistrate judge in the Report and Recommendation.

IT IS ORDERED that (1) the motion to dismiss (Doc. # 64) is GRANTED; (2) the fourth amended complaint (Doc. # 44) is DISMISSED as to all defendants WITHOUT LEAVE TO AMEND; and (3) this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: MARCH 6, 2026

*Cynthia Valenzuela*

_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE