UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL VERDIN, | Case No. 5:22-cv-00597-CV-SSC |
| Plaintiff, | |
| v. | **JUDGMENT [JS-6]** |
| KATHLEEN ALISON, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without leave to amend and with prejudice.

**IT IS SO ORDERED**.

Dated: MARCH 6, 2026

*Cynthia Valenzuela*

_____

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE